STUART R. CURRAN, ESQ.
LAW OFFICES OF STUART R. CURRAN
369 Pine St Ste 420
San Francisco, CA 94104
Tel: (415) 509-7720
e-mail: stuart@scurranlaw.com

Attorney for Plaintiffs
LATRICIA BENGARD, CORRIE GIBSON, and TRAJHAN LONG, by and through his
Guardian ad Litem LATRICIA BENGARD


KEITH R. SCHIRMER, Esq. (087691)
JAMES M. MARZAN, Esq. (133931)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA 94523-3936
Telephone: (925) 827-3300
Facsimile: (925) 827-3320

Attorneys for Defendants
CITY OF PITTSBURG, MICHAEL
CREIGHTON and JONATHAN ELMORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATRICIA BENGARD, CORRIE GIBSON, and TRAJHAN LONG, by and through his Guardian ad Litem LATRICIA BENGARD<br><br>Plaintiffs<br><br>v.<br><br>CITY OF PITTSBURG, a municipal entity; MICHAEL CREIGHTON, individually and in his official capacity as an officer with the Pittsburg Police Department; JONATHAN ELMORE, individually and in his official capacity as an officer with the Pittsburg Police Department; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.: 17-cv-02730-KAW<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br>**Fed. R. Civ. P. 41** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that defendants CITY OF PITTSBURG, MICHAEL CREIGHTON and

1
Stipulation of Dismissal and [Proposed] Order Thereon     17-cv-02730-KAW

JONATHAN ELMORE be and hereby are dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).

DATED: June 11, 2018          LAW OFFICES OF STUART R. CURRAN

                                                 /s/
By: _____
Stuart R. Curran
Attorney for Plaintiffs
LATRICIA BENGARD, CORRIE GIBSON, and TRAJHAN LONG, by and through his Guardian ad Litem LATRICIA BENGARD

DATED: June 11, 2018          EDRINGTON, SCHIRMER & MURPHY LLP

                                                 /s/
By: _____
James M. Marzan, Esq.
Attorneys for Defendants
CITY OF PITTSBURG, MICHAEL CREIGHTON and JONATHAN ELMORE

**ORDER**

In accordance with the foregoing stipulation, IT IS HEREBY ORDERED that defendants CITY OF PITTSBURG, MICHAEL CREIGHTON and JONATHAN ELMORE are hereby DISMISSED from this action WITH PREJUDICE. Each party shall bear their own attorneys' fees and costs.

Dated: 6/12, 2018       By: /s/ Kandis Westmore
                        Kandis A. Westmore
                        United States Magistrate Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X.B.**

I, James M. Marzan, attest that concurrence in the electronic filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of June, 2018, at Pleasant Hill, California

/s/
James M. Marzan, Esq.